■ In the Matter of MARK K. McDERMOTT, Petitioner, v ANTHONY J. ANNUCCI, as Acting Commissioner of Corrections and Community Supervision, Respondent. [8 NYS3d 612]— Proceeding pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, entered in Albany County) to review a determination of respondent which found petitioner guilty of violating certain prison disciplinary rules.

Determination confirmed. No opinion.

Lahtinen, J.P., Rose, Lynch and Clark, JJ., concur. Adjudged that the determination is confirmed, without costs, and petition dismissed.

■ In the Matter of ELIOT LOPEZ, Petitioner, v ALBERT PRACK, as Director of Special Housing and Inmate Disciplinary Programs, Respondent. [8 NYS3d 613]—Proceeding pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, entered in Albany County) to review a determination of the Commissioner of Corrections and Community Supervision which found petitioner guilty of violating certain prison disciplinary rules.

Determination confirmed. No opinion.

Peters, P.J., Egan Jr., Rose and Devine, JJ., concur. Adjudged that the determination is confirmed, without costs, and petition dismissed.